# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. ED CV 12-932-SP<br><br>**JUDGMENT** |

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: March 25, 2013

_____
SHERI PYM
United States Magistrate Judge